**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: W.A.C., A MINOR<br>PETITION OF: S.C., MOTHER | : | No. 72 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: W.A.C., A MINOR | : | No. 73 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.C., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.M.C., A MINOR | : | No. 74 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.C., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.M.C., A MINOR | : | No. 75 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.C., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.C.C., A MINOR | : | No. 76 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.C., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.C.C., A MINOR | : | No. 77 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.C., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 31st day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.